**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 72 EAL 2015 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| WYNDEL DEVERO, | : |
| | : |
| Petitioner | : |

**ORDER**

**PER CURIAM**

   **AND NOW**, this 30th day of June, 2015, the Petition for Allowance of Appeal is

**DENIED**.